Honorable Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEKA N. HIRSI.<br><br>　　　　　　　　　Defendant. | No. CR17-166 RSL<br><br>ORDER GRANTING ADVANCE AUTHORIZATION FOR EXPERT SERVICES |

The court, having considered Defendant Hirsi's Motion for Advance Authorization for Expert Services, and good cause having been shown hereby orders funds in the amount of $6,000.00 to Dr. Tatyana Shepel for payment of Ms. Hirsi's psychological evaluation.

DATED this 24th day of August, 2017

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING
ADVANCE AUTHORIZATION
FOR EXPERT SERVICES - 1
Case No. CR 17-166 RSL

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422